# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENEITH DUNSON, | |
| Plaintiff, | 2:09-CV-02235-PMP-LRL |
| vs. | **ORDER** |
| WACKENHUT SECURITY, et al., | |
| Defendants. | |

Before the Court for consideration is Plaintiff Jeneith Dunson's Application to Proceed *In Forma Pauperis* (Doc. #1), filed on November 23, 2009, On March 18, 2009, the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered an Oder and Recommendation (Doc. #4) recommending that Plaintiff's application to proceed *in forma pauperis* be granted.

Magistrate Leavitt further recommended that Plaintiff be permitted to maintain the action to conclusion without necessity of prepayment of any additional fees, costs, or security.  The Order would grant *forma pauperis* status not extend to the issuance of subpoenas at government expense.

Magistrate Leavitt further recommended that Plaintiff file an Amended Complaint by April 15, 2010, or her case may be dismissed.

Finally, Magistrate Leavitt recommended that Defendant Larry Palo be dismissed with prejudice.

The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Order and Recommendations should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leavitt's Order and Recommendations (Doc. #4) are Affirmed.

**IT IS FURTHER ORDERED that** Defendant Larry Palo is DISMISSED with prejudice.

DATED: April 6, 2010.

PHILIP M. PRO
United States District Judge