_Jeneith A. Dunson_
Name
_P.O. Box 19035_
_Las Vegas  NV_
                _89132_
Prison Number

2009 APR 27 P 3:45

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

_Jeneith A Dunson,_                )
                        Plaintiff,    )
                                      )
                                      )
                                      )
vs.                                   )
                                      )
_Wacken Hat Security_                 )
                                      )
_____,             )
                                      )
_____,             )
                                      )
                                      )
_____,             )
                                      )
_____,             )
                        Defendant(s).  )

CASE NO. _209 CV-2235 PMP-LRL_
(To be supplied by the Clerk)

_Amended Complaint_
**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

**A. JURISDICTION**

1)    This complaint alleges that the civil rights of Plaintiff, _Jeneith Dunson_
                                                            (Print Plaintiff's name)

who presently resides at _P.O. Box 19035_____, were

violated by the actions of the below named individuals which were directed against

Plaintiff at _Las Vegas  NV  89132_ on the following dates
        (institution/city where violation occurred)

_____.  _____ , and _____.
        (Count I)                    (Count II)                    (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _LARRY Lalo_____ resides at _Wackenhut Security_
        (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both).  Explain how this defendant was
acting

under color of law: _____
_____

3) Defendant _____ resides at _____,
        (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both).  Explain how this defendant was
acting

under color of law: _____
_____

4) Defendant _____ resides at _____,
        (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both).  Explain how this defendant was
acting

under color of law: _____
_____

5) Defendant _____ resides at _____,
        (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both).  Explain how this defendant was
acting

under color of law: _____
_____

2

6) Defendant _____ resides at _____,
         (full name of first defendant)           (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
            (defendant's position and title, if any)
   ___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

   under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish
to assert jurisdiction under different or additional statutes, list them below.

Quid pho quo harassment under Title VII is not limited
to gender discrimination Civil Acts 1964 NO( et seq

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)     Briefly state the background of your case.

Being hostile : yelling at me telling to
me sit my black ass down. They don't want
your black ass out there. We're going to lose
this contract. severity: pervasiveness and
frequency. Annotations: What constitutes
racial harassment in employment violative
of Title VII of Civil Right Act of 1964 (42. USCA
§ 2000 et seq 156 Fed) . Head notes.
Employer is subject to vicarious liability to
victimized employee for actionable hostile
environment created by supervisor with.
authority over employee .

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

# COUNT I

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

When no tangible employment action
is taken employer, Intimidating or
offensive work environment plantiff must
establish, by totality of circumstances
existence of hostile or abusive environment
which is severe enough to affect
psychological stability of minority
employee, Civil Rights Act 1964 § 701 et
USCA 2000e et seq Amon v

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

## COUNT II

The following civil rights has been violated: _____

_____

_____

       Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ____ Yes ____ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)      Defendants: _____

b)      Name of court and docket number: _____

c)      Disposition (for example, was the case dismissed , appealed or is it still pending?): 
        _____

d)      Issues raised: _____

        _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

2)   Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  ____ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

7

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? \_\_\_\_ Yes \_\_\_\_ No.  If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_\_ disciplinary hearing; (2) \_\_\_\_ state or federal court decision; (3) \_\_\_\_ state or federal law or regulation; (4) \_\_\_\_ parole board decision; or (5) \_\_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

_____
_____

- - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

_____
_____
_____
_____
_____
_____

     I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

_____
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

_____
_____

9