UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JENEITH DUNSON, | ) | 2:09-CV-02235-PMP-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WACKENHUT SECURITY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

This action was originally filed November 23, 2009.  To date service on Defendants has never been effected.  Additionally, although the Court ordered the parties to file a Joint Status Report (Doc. #12) not later than April 19, 2011, no such report has been filed.

**IT IS THEREFORE ORDERED that** this action is hereby **DISMISSED** for failure to prosecute.

DATED:  April 25, 2011.

_____
PHILIP M. PRO
United States District Judge